UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Erica CARTER, | Case No.: 25-cv-2532-AGS-DEB |
|---|---|
| Plaintiff, | **ORDER GRANTING IFP MOTION (ECF 2) AND DISMISSING COMPLAINT** |
| v. | |
| STATE OF CALIFORNIA, | |
| Defendant. | |

Plaintiff Erica Carter moves to proceed *in forma pauperis*, that is, without paying the usual $405 in court fees. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999) ("An action may proceed despite failure to pay the filing fees only if the party is granted IFP status."); 28 U.S.C. § 1914(a) ("filing fee of $350"); Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2023) ("Administrative fee" of "$55"). Carter's only asset is her car; her monthly income and cash hardly cover her monthly expenses; and she has an eight-year-old dependent. (*See generally* ECF 3.) She thus need not pay the filing fees. *See Blount v. Saul*, No. 21-CV-0679-BLM, 2021 WL 1561453, at *1 (S.D. Cal. Apr. 21, 2021) ("[A] party need not be completely destitute to proceed IFP.").

Next, the Court must screen the complaint and dismiss it if it is "frivolous" or "fails to state a claim." 28 U.S.C. § 1915(e)(2)(B). Carter's complaint stumbles over the threshold issue of Article III standing. To have standing to sue, among other things, a plaintiff "must have suffered" a "concrete and particularized" "injury in fact." *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992). Carter has not suffered any such injury; she instead styles herself as an "advocate for justice on behalf of" her incarcerated husband. (ECF 1, at 2.) "While a non-attorney may appear pro se" on her own behalf, she "has no authority to appear as an attorney for others. . . ." *Johns v. County of San Diego*, 114 F.3d 874, 877 (9th. Cir. 1997) (quotation marks omitted). Because Carter does not appear to be an attorney—and the only alleged injuries are to her husband, not to herself—she lacks

1  standing to prosecute this action. So, her complaint is dismissed.

2  Carter's IFP request is **GRANTED**, and her complaint is **DISMISSED** without
3  prejudice and with leave to amend. Any amended complaint is due by December 12, 2025.
4  Dated: October 29, 2025

_____
Hon. Andrew G. Schopler
United States District Judge

2
25-cv-2532-AGS-DEB